**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ERIN FARMER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALDI INC.,<br><br>　　　　Defendant. | Case No. 8:23-cv-1583-KKM-SPF<br><br>The Hon. Kathryn Kimball Mizelle |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

Pursuant to Local Rule 3.01(i), Defendant ALDI Inc. files this Notice of Supplemental Authority to alert the Court to a recent decision in *Lozano v. Walmart, Inc.*, No. 23-4500, 2024 WL 412606 (C.D. Cal. Feb. 1, 2024), which bears directly on the issues raised in Section II (pages 10–14) of ALDI's pending Motion to Dismiss Plaintiff's Second Amended Class Action Complaint (Dkt. No. 17). The relevant language from *Lozano* appears below:

> Here, the Court finds a reasonable consumer would not plausibly be deceived by the "naturally flavored" labels on the Products. The reasonable consumer inquiry "is not limited to the physical label and may involve contextual inferences regarding the product itself and its packaging." These Products are mass-market "drink enhancers" offered at a super-store, are pre-packaged, shelf-stable products that do not require refrigeration, and involve brightly colored drink enhancers. The package does not provide any absolute statement that all the flavors are natural, or even that the product is "naturally flavored" . . . . Furthermore, the Court disagrees that the images of fruit on the package would cause a reasonable consumer to think that all of the flavors in the Products are natural, rather than just being a visual representation of the taste or flavor of the product. Thus, while

1

> a reasonable consumer may believe from the labels that the Products contain some natural flavors, based on the context, it would not be reasonable for a consumer to think that the Products contained only natural flavors.

*Lozano*, 2024 WL 412606, at *11 (citations omitted).

   *s/Joshua C. Webb*
Joshua C. Webb (FBN 51679)
Josh.Webb@hwhlaw.com
Val.Taylor@hwhlaw.com
Hill Ward & Henderson, P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
Tel: (813) 221-3900
Fax: (813) 221-2900