## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| ERIN FARMER, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>- against -<br><br>ALDI INC.,<br><br>                        Defendant. | 8:23-cv-01583-KKM-SPF |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses *with prejudice* all individual claims and *without prejudice* all claims asserted on behalf of a punitive class against Defendant in this action. Each Party shall bear its own attorneys' fees and costs.

Dated:  May 15, 2024

                                                  Respectfully submitted,

                                                  /s/ *William Wright*
                                                  The Wright Law Office, P.A.
                                                  515 N Flagler Dr Ste P-300
                                                  West Palm Beach FL 33401
                                                  (561) 514-0904
                                                  willwright@wrightlawoffice.com

## Certificate of Service

I certify that on May 15, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ *William Wright*